# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| IN RE: | **GARY LEE KING** ) | **CHAPTER 13** |
| | **LORI ELLEN KING** ) | **CASE NO. 11-71426** |
| | ) | |
| | **Debtors** ) | **ORDER TO BIFURCATE CASE** |

On this date, came the debtor, Gary Lee King, by counsel, on his motion that his case be severed from the joint Chapter 13 case filed by Gary Lee King and Lori Ellen King, and that his case be converted to a Chapter 7 proceeding. The notice of his motion to bifurcate and convert his case to a Chapter 7 proceeding provided that if no objections to his motion were filed with the Court by May 16, 2013, Gary Lee King's counsel would ask that relief be granted without further hearing or notice. No such objections have been filed.

Upon consideration, the following is **ORDERED.**

1. The case of Gary Lee King shall be severed from the joint Chapter 13 case of Gary Lee King and Lori Ellen King, and the case of Lori Ellen King shall retain its present case number.

2. Upon severance of his case, Gary Lee King shall be assigned a new case number, and by Court Order his case shall be converted to a Chapter 7 case.

3. Any wage deduction from Gary Lee King's employer, upon entry of this Order, shall cease.

Gary Lee King's counsel shall transmit a copy of this Order to the U.S. Trustee, both debtors and counsel for Lori Ellen King.

**ENTER** this 23rd day of May, 2013.

/s/ William F. Stone, Jr.
_____
**JUDGE**

Requested:

*/s/ Charles R. Allen, Jr.*
Charles R. Allen, Jr. (VSB 13965)
*Attorney at Law*
120 Church Avenue, S.W.
Roanoke, VA 24011
540-342-1731
*Counsel for Gary Lee King*